# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 17-04958-CJC | Date | August 22, 2017 |
|---|---|---|---|
| Title | In re Michael David Paris | | |

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present   None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER GRANTING APPELLANT'S EMERGENCY REQUEST FOR EXTENSION OF TIME TO FILE APPELLATE BRIEF [7]**

The Court is in receipt of Appellant's Emergency Request for Extension of Time to File Appellate Brief [7]. For the reasons stated in the request, the Court hereby GRANTS the request. Appellant's Opening Brief shall be filed no later than September 29, 2017.

|  | - : - |
|---|---|
| Initials of Preparer | mku |

cc: